IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01174-MSK-MEH

FERROTEC, INC.,

      Plaintiff,

v.

CUMMINS, INC., f/k/a CUMMINS ENGINE COMPANY, INC.,
CUMMINS ELECTRONICS COMPANY, INC.,
CUMMINS VENTURE CORPORATION,
ROBERT BENJAMIN BUSH, and
JOHN DOES 1-5,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 22, 2006.**

      For good cause shown, the Joint Motion to Vacate October 2, 2006 Pretrial Conference [Filed September 21, 2006; Docket #40] is **granted**. The Pretrial Conference scheduled for October 2, 2006, at 9:15 a.m., before Magistrate Judge Hegarty is hereby **vacated.**