**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:   January 18, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 05-cv-01174-MSK

*Parties*:                                  *Counsel Appearing:*

FERROTEC, INC.,                             Christopher Ingold
                                            Bradley Irwin
          Plaintiff,

v.

CUMMINS, INC.                               Jane Michaels
                                            Jeanne Gills
          Defendant.                        Sharon R. Barner
                                            Jennifer Gregor

---

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**8:16 a.m.     Court in session.**

Plaintiff's counsel is present.  Plaintiff Ferrotec's representative Chuck Hoyt is present by telephone. Counsel for defendant and its representative John Stang are present.

Trial is set for April 16, 2007 for nine days.  The Court advises counsel that the trial is in a junior position. to a criminal trial, will not proceed as scheduled,  and is vacated.

The Court advises that based upon its preliminary  its initial review of the parties' summary judgment motions, summary judgment is likely to be granted to defendant on all claims.

The Court advises counsel to reassess the amount of time necessary for trial, the number of designated witness and exhibits submitted with the proposed final pretrial order.

**PENDING MOTIONS.**

Oral findings and conclusions of  law are made of record and incorporated herein.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant's Unopposed Motion to Dismiss Ferrotec's Claims 2 through 7 and to Dismiss Defendants Cummins Venture Corporation and Robert Benjamin Bush (**Doc. #44)** is **GRANTED.**

**ORDER:** If the parties are interested in pursuing settlement, they shall obtain a settlement hearing date from the magistrate judge assigned to this case.

**ORDER**: Revised final pretrial order to be submitted by **April 30, 2007.**

Revised witness and exhibit lists to be submitted by **April 30, 2007.**.

**ORDER**: Trial is vacated and will not be reset at this time.

**8:52 a.m.   Court in recess.**

**Total Time:   36 minutes.**
**Hearing concluded.**